UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **15-3993**

United States of America

v.

Sherrymae Morales
(D.V.I. No. 3-14-cr-00054-001)

PRESENT:  FUENTES, VANASKIE, AND RESTREPO, Circuit Judges

**AMENDED ORDER**

      Pursuant to 18 U.S.C. § 3143, the Court hereby ORDERS that Appellant Sherrymae Morales be released immediately and without bail pending this Court's opinion and judgment.  The original pretrial services conditions of release remain in effect.

By the Court,

s/ Julio M. Fuentes
Circuit Judge

Dated: May 19, 2016

cc:    EAD
        EEP

A True Copy:

Marcia M. Waldron, Clerk